[No. 3584–1–III.  Division Three.  October 30, 1980.]

*In the Matter of the Marriage of* DOROTHY JEAN YENCOPAL,
*Respondent, and* JOSEPH GEORGE YENCOPAL,
*Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 21250, W. R. Cole, J., entered August 6, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 6697–8–I.  Division One.  November 3, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES SELLERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84258, Peter K. Steere, J., entered June 23, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 7990–5–I.  Division One.  November 3, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN K. GEHRING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J–88605, Donald Niles, J. Pro Tem., entered August 7, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 6445–2–I.  Division One.  November 3, 1980.]

THE STATE OF WASHINGTON, *Appellant,* v. PETER ARTHUR LEGROW, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82995, Warren Chan, J., entered March 6, 1978. *Reversed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.